No. 1141. THE FRED W. WOLF COMPANY, PETITIONER *v.* THE MOUNT VERNON REFRIGERATING COMPANY·

June 10, 1912.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank H. Scott, Mr. Edgar A. Bancroft, Mr. John E. MacLeish* and *Mr. Ernest Wilkinson* for the petitioner. *Mr. J. D. Waight* and *Mr. Murray Seasongood* for the respondent.

